# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL GRIDLEY,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>      Defendant. | Case No. ED CV 14-1716 MRW<br><br>JUDGMENT |

    IT is the judgment of the Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's order.

DATE: <u>May 18, 2015</u>

                                  _____
                                  HON. MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE